Robert Weeks
Bar No. 025821
rweeks@weekslawoffice.com
**WEEKS LAW OFFICE, PLLC**
130 North Central Suite 305
Phoenix, AZ 85004
Telephone: (480)-331-5726
Facsimile: (480)-907-2244

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loretta H. Cheeks,<br><br>　　　　　　　Plaintiff;<br><br>vs.<br><br>General Dynamics Corporation,<br>General Dynamics C4 Systems Inc.<br><br>　　　　　　　Defendants. | CASE NO. 2:12-CV-01543-PHX-JAT<br><br>**DECLARATION OF PLAINTIFF LORETTA CHEEKS IN SUPPORT OF PARTIAL MOTION FOR SUMMARY JUDGMENT** |

1. My name is Loretta Cheeks and I am the Plaintiff in this action. I am an African American woman that worked as a principal engineer for Defendant General Dynamics C4 Systems.

2. I have a disabled son who suffers from autism and requires a constant caregiver.

3. On February 3, 2011, I tried to file a claim with the OFCCP alleging retaliation and discrimination based on my race, sex, and association with a disabled family member.

4. The written summary that I wrote and filed with my OFCCP charge includes allegations based on race and sex as part of the same claim for discrimination. This written summary is attached to the Statement of Facts as Exhibit B.

1

5. The OFCCP refused to accept the race and sex components of my claims, but instead directed me to file a separate charge alleging race and sex discrimination with the EEOC.

6. I followed the OFCCP's instructions and filed a separate charge with the EEOC the same day.

7. The Defendant terminated my employment in June of 2011. I then amended both the EEOC and OFCCP charges to include new claims for retaliation.

8. The EEOC issued a right-to-sue notice dated April 13, 2012 that directed me to file suit within 90 days of my receipt of the notice.

9. I received the EEOC's notice on April 18, 2012, but I waited to file my complaint until the OFCCP issued its right-to-sue notice for the related disability claims, so that I could file all of my claims at once.

10. On July 17, 2012, ninety days after April 18, 2012, I had not received a notice from the OFCCP, so I filed a complaint in district court based only on the race and sex issue to make sure it was timely.

11. On August 23, 2012, the OFCCP issued a right-to-notice for the disability aspect of my claim, and I timely amended my complaint to include the disability allegations.

12. After I was terminated, I engaged in a diligent search for a new job, including sending dozens of applications and going on several interviews. However, I was not selected for any job.

13. I swear under penalty of perjury that the foregoing is true and correct.

**DATED** this 6 Day of December, 2013,

_____
Loretta Cheeks