CONFIDENTIAL                                    CHEEKS01559

| Complaint of Discrimination In Employment Under Federal Government Contracts | U.S. Department of Labor  Employment Standards Administration Office of Federal Contract Compliance Programs |
|---|---|



**Instructions:** Before completing this form, please read all instructions, including the Privacy Act statement below. Use this form to file a complaint of discrimination in employment under any of the OFCCP programs. Note: Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

OMB No: 1215-0131
Expires-1-31-2011

**Privacy Act Notice:**

The authority for collecting this information is Executive Order 11246, as amended, Sec. 503 of the Rehabilitation Act of 1973, as amended, the Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended, 38 U.S.C. 4212, Title VII of the Civil Rights Act of 1964, as amended, and/or Title I of the Americans with Disabilities Act of 1990, as amended (ADA). This information is used to process complaints and conduct investigations of alleged violations of the above Order or Acts. We will provide a copy of this complaint to the employer against whom it is filed and, when matters alleged are covered by Title VII and/or the ADA, to the U.S. Equal Employment Opportunity Commission (EEOC). The information collected may be verified with others who may have knowledge relevant to the complaint. It may be used in settlement negotiations with the employer or in the course of presenting evidence at a hearing, or may be disclosed to other agencies with jurisdiction over the complaint. Providing this information is voluntary; however, failure to provide the information will restrict the action that the Department of Labor can take on your behalf and, for matters covered by Title VII or the ADA, may affect your right to sue under those laws.

**Non-Retaliation:** OFCCP regulations, and Title VII and/or the ADA where applicable, require an employer to take all necessary steps to assure that there is no retaliation against any person who files a complaint or assists in its investigation. This includes any intimidation, threat, coercion or discrimination. Please notify OFCCP immediately if any alleged attempt at retaliation is made.

**Prompt Filing:** All complaints must be filed within a specified number of days following the latest occurrence of the alleged discrimination. Executive Order 11246 - 180 days; Rehabilitation and Veterans Acts - 300 days. Exceptions must be approved by the Deputy Assistant Secretary.

Name and address.   ☐ Mr ☐ Ms ☑ Mrs ☐ Miss

Name: **Loretta H. Cheeks**
Line #1: **30634 N. 129th Ave.** City: **Peoria**
Line #2: _____ State: **AZ** Zip: **85383**

Telephone No: **623.298.5003**

Name and address of company you allege discriminated against you.

Name: **General Dynamics C4 Systems**
Line #1: **8201 E. McDowell Rd.** City: **Scottsdale**
Line #2: _____ State: **AZ** Zip: **85257**

Telephone No: **480.441.3000**

Mail this form to Dept. of Labor OFCCP Regional Office:

Give date(s) of the latest occurrence(s) of the alleged discriminatory act(s):

**2-3-11**   **1-24-11**   **1-11-11**   **8-9-10**

**Step 1:** Check the box next to the program you are filing under (i.e., Executive Order 11246, as amended; Section 503 of the Rehabilitation Act of 1973, as amended; or the Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended, 38 U.S.C. 4212).

**Step 2:** Under the program, check what you believe to be the basis for the discrimination against you, such as race, sex or national origin. If you think that there was more than one basis, more than one basis may be checked. You may also check more than one race/ethnic category.

☐ **Executive Order 11246, as amended.** This Order covers persons alleging discrimination because of race, color, religion, sex or national origin. If this is checked, your complaint will be dual-filed as a charge under Title VII of the Civil Rights Act of 1964. I believe I was (or continue to be) discriminated against because of my:

Bases:
☐ Race                    ☐ Hispanic or Latino           ☐ American Indian or Alaska Native
☐ Color                   ☐ Not Hispanic or Latino       ☐ Asian
☐ Religion                                               ☐ Black or African American
  Sex ☐ Female ☐ Male                                    ☐ Native Hawaiian or Other Pacific Islander
☐ National Origin                                        ☐ White
☐ Other

☐ **Section 503 of the Rehabilitation Act of 1973, as amended.** This Act covers individuals with a disability, persons with a history of physical or mental disability, and persons regarded as disabled by the employer. If this is checked, your complaint will be dual-filed as a charge under the Americans with Disabilities Act.

Basis: ☑ Disability  Please check if you are a veteran: ☐ Yes  ☑ No

☐ **Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended, 38 U.S.C. 4212.** This Act covers special disabled veterans, veterans of the Vietnam Era, recently separated veterans, disabled veterans, Armed Forces service medal veterans, and other protected veterans.

Form CC-4
Rev. Jan 2008

CONFIDENTIAL                                                         CHEEKS01560

IF YOUR COMPLAINT IS BASED ON VETERAN STATUS, CHECK ONE OR MORE OF THE FOLLOWING APPLICABLE BOX(ES).

☐ I was discharged or released from active duty on (enter date of discharge or release) _____

☐ I am a veteran who, while serving on active duty in the Armed Forces, participated in a United States military operation for which an Armed Forces service medal was awarded pursuant to Executive Order 12985 (61 FR 1209).

☐ I served on active duty during a war or in a campaign or expedition for which a campaign badge has been authorized

☐ I served on active duty for a period of more than 180 days, and was discharged or released with other than a dishonorable discharge, and the active duty occurred in the Republic of Vietnam between February 28, 1961, and May 7, 1975; or between August 5, 1964, and May 7, 1975 in all other cases.

☐ I was discharged or released from active duty for a service connected disability. If you have checked this box, submit medical information resulting in your discharge or release with this form. (This information is available from your Master Military Record at the National Personnel Record Center, 9700 Page Blvd., St. Louis, MO 63132.)

I am a veteran who is entitled to compensation (or who but for the receipt of military retired pay would be entitled to compensation) under laws administered by the Secretary of Veterans Affairs. Check one of the following:

A  ☐ Disability rated of 30% or more

B  ☐ Rated at 10% or 20% and have been officially determined to have a serious employment disability

C  ☐ Disability rated, but neither a or b

Step 3: Check those actions which you believe the employer took or failed to take because of your race, color, religion, sex, national origin, disability or veteran status (more than one may be checked):
Issue(s):

| | | | |
|---|---|---|---|
| ☐ Hiring | ☑ Promotion | ☐ Job Assignment | ☐ Accommodation to Disability |
| ☐ Termination | ☐ Demotion | ☑ Training and Apprenticeship | ☐ Sabbath Day Observance |
| ☐ Layoff | ☐ Seniority | ☐ Segregated Facilities | ☐ Intimidation |
| ☐ Recall | ☐ Harassment | ☑ Retaliation | ☐ Other: _____ |
| ☑ Wages | ☑ Job Benefits | ☐ Pregnancy Leave Policy | |

FOR EACH ISSUE, EXPLAIN IN YOUR STATEMENT BELOW HOW YOU WERE DISCRIMINATED AGAINST.

1. Do you know any other employees or applicants of your group who were treated in the same way (checked above) you allege you were?
   ☐ Yes  ☑ No  If yes, include their names in your statement below and explain how they were treated

2. Do you know any other employees or applicants who are NOT of your group who were treated in the same way (checked above) you allege you were?
   ☐ Yes  ☐ No  If yes, include their names in your statement below and explain how they were treated.

THE COMPLAINT

Describe in detail the alleged discriminatory act(s)
PLEASE INCLUDE:
- Why you believe the act(s) was because of your disability, veteran status, race, color, religion, sex or national origin;
- Dates, places, names and titles of persons involved and witnesses, if any;
- What harm, if any, was caused to you or others with whom you work as a result of the alleged discriminatory act(s);
- What explanation, if any, was offered for the act(s) by the employer;
- Any information you may have on federal contracts held by the employer.

If this is a complaint based on disability, describe the disability, your history of disability, or why you think the employer regarded you as disabled

> Please see Attachment titled "Lorette H. Cheeks Charge Summary" for all details pertaining to discriminatory actions.

2

Received USDOL/OFCCP

APR 0 4 2011

Pacific Region

(Type as much information as required into the block above)

CONFIDENTIAL                                                                CHEEKS01562

If you have sought assistance in resolving complaint from another source (another agency, a lawyer, in' grievance procedure, etc.) please indicate here and the name of the source, the date you sought assistance, and the result, if any:

Name
Result                                                                      Date

*None*

**FRIEND OR RELATIVE:**

Please notify OFCCP if you change your address or phone number. You may indicate here a person who would know how to reach you if OFCCP is unable to reach you at your own address or phone.

Name: Albert or Joyce Henderson
Line 1: 11713 W. Villa Chula Ct.
Line 2:
City: Sun City
State: AZ   Zip: 85373
Relationship: Parents
Telephone: 623.584-0706

**FILED ELSEWHERE?**
If you have filed this complaint or a similar one elsewhere, please tell us.

Name: N/A
Line 1:
Line 2:
City:
State:   Zip:
Contact:
Phone:

**ARE YOU REPRESENTED?**
If you are represented by an attorney or other person or organization, please tell us.

Name: No
Line 1:
Line 2:
City:
State:   Zip:
Contact:
Phone:

**SIGNATURE AND VERIFICATION**

I declare under penalty of perjury that the information given above is true and correct to the best of my knowledge or belief. (A willful false statement is punishable by law 18 U.S.C. 1001) I hereby authorize the release of any medical information needed for the investigation.

Signature of Complainant                                Date: 2-3-11

**Public Burden Statement**

We estimate that it will take an average of 1.28 hours to complete this complaint form, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the information. If you have any comments regarding these estimates or any other aspect of this complaint form, including suggestions for reducing this burden, send them to the Office of Federal Contract Compliance Programs Policy Division (1215-0131), 200 Constitution Avenue, N.W., Room C3310, Washington, D.C. 20210. DO NOT SEND THE COMPLETED FORM TO THIS OFFICE.

Do not write below this line

The complainant has verified this complaint in my presence. This complaint is not now the basis of an investigation under Executive Order 11246, as amended; Section 503 of the Rehabilitation Act of 1973, as amended; and/or the Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended, 38 U.S.C. 4212.

Name of Investigator              Title              Signature of Investigator              Date

4

CONFIDENTIAL                              CHEEKS01563

# Loretta H. Cheeks
# Charge Summary

My name is Loretta H. Cheeks. I am an employee with General Dynamics C4 Systems, which is located in Scottsdale, AZ. My position at General Dynamics is a Principal Engineer. My employment with General Dynamics began in mid-2000; either June or July. Since 2004, I have been subject to a hostile work environment where I am locked out of all opportunity for work and career growth. I have never received a promotion, though I have accepted responsibility above my position. My performance evaluations identify that I've performed well on assigned task, even though after 2004, they were short-term assignments.

I believe I am being treated this way because of my race, gender, age and the company awareness that my son whom is 25 is impacted with autism.

Recently, I was placed on a Performance Improvement Plan (PIP). Despite my not having opportunity to work on a customer paid program, which means I charged overhead for the entire year. This PIP is broad and over reaching its' purpose. My manager Terry O'Dea said on Jan 11, 2011 the reason why I'm being placed on a PIP is to force a customer paying program manager to give me an opportunity to work on their program. Terry said, this is not fair the way I'm being treated. He said, he will work with SGSS management, Tyrone Strozier, to assign me work since SGSS is the most recently award program within the National Systems Division of General Dynamics C4 Systems.

I followed-up with a meeting with Human Resources Director, Kevin Jardine, on Jan 24, 2011, where I was told the reason that I was placed on a PIP was because of my charging overhead for a prolong period (i.e., 2004 to current date 2-2011) and my being in a senior position. I told Kevin I have been marginalized and locked out of all opportunities to work on a program in this company. Kevin response was "what indicators do I have"? I told Kevin, all I know is I've apply for positions that I'm qualified to work and continue to be passed over for less qualified individuals. And I've proven that I am capable of performing work within this company. Kevin said what's on paper doesn't mean I'm qualified, though I have documented good performances in prior years. Kevin also said General Dynamics isn't a place for PhD's. I am currently an Arizona State University Computer Science PhD student. Kevin went on to say, I will look back on this time and ask myself, why did I not move on from this company before. He said, you shouldn't feel as though you've given up.

On August 9, 2010, my then newly appointed manager, Terry O'Dea wrote in an email the follow:
> FYI, I've worked with the MUOS, Rescue21, IWN, and SGSS leadership and everyone of them has refused to place you on their program.

Each of the aforementioned acronyms stand for major government contracts awarded to General Dynamics. Furthermore, these programs reflect **past**, a) Rescue 21 - United States Coast Guard's advanced command, control and communications system, b) IWN - Department of Justice effort to provide secure, interoperable wireless communications, **present**, c) MUOS - Department of Defense, Mobile User Objective System (MUOS) is a next-generation narrowband tactical satellite communications system and **most recently awarded** programs, d) NASA, Space Network Ground Segment Sustainment (SGSS).

1

CONFIDENTIAL                                                       CHEEKS01564

## Loretta H. Cheeks
## Charge Summary

In 2003, I joined the Rescue 21 program as the Assistant Project Lead. I was the only engineering African-American women manager at that time. I don't believe there has been another since I held that position. After the Rescue 21 Project Lead was removed out of his position, I was asked to take the responsibility of Project Lead, which I accepted. When I joined the program, which was already behind schedule and over budget, all decisions pertaining to design, deployment, resources, milestone deliverables and budget had been established. My responsibility was to manage the engineering effort per plans established by the Program Management Office, which is the interface to customer. In May 2004, after the customer realization that the program was not going as planned or as the Program Management (Deputy Program Manager- Tyrone Strozier and Program Manager - Jeff Osman) had been reporting, I was moved out of the position as Project Lead. Also, Jeff Osman was removed from the position of Program Manager. That year, I began seeking other positions within the company. I applied for 7 positions. I met with Human Resources Talent Acquisition Director, Rich Skelnik to find out why managers were not giving me opportunities to work. Rich told me that the feedback he received was I wasn't technical enough. Prior to joining Rescue 21, I was given multiple opportunities work programs where managers were eagerly seeking my talents. In Oct 2004, I filed a grievance with the HR department. The grievance explained several experiences, one of which were my experience with Rescue 21, where the manager, Mike Monteilh, said "I don't work enough hours (my average work week at that time was 45-50 hours) to hold the position and that my family structure is not conducive to the position demands".

Three of the four managers mentioned in the email from my manager, Terry O'Dea were associated with Rescue 21. Rescue 21 manager is Mike Monteilh. IWN manager is Jeff Osman. SGSS manager is Tyrone Strozier. And management of the MUOS program, worked on prior assignments with Mike, Jeff and Tyrone.

Every since 2004, I have been given frivolous work on non-customer programs. Though, I've continued to seek work by applying for positions that I'm clearly qualified to work. These short term assignments are considered overhead charges. In 2010, as a result of the economic recession, the Engineering Leadership Team, which my manager is a part of, was advised that overhead charges must be reduced. In 2009, I asked my then manager, Willie McIntosh what could I have done to get a promotion. He said, in the role that I performed, which was a lead over a technical innovation called Service Oriented Architecture (SOA), that there was nothing that I could have done in regard to performance, since that assignment was valuable to the company and didn't result in cash.

*not LHC*

On Feb 3, 2011, I met with Terry O'Dea to establish my Personal Commitment (Performance) plan for 2011 per the recently granted PIP. Terry advised that SGSS, which was awarded in June 2010 is not hiring. And they've been asked to reduce their current staffing. Therefore, I was told to identify goals there were general and more specific goals will be assigned mid-year. The goals that Terry said to identify were all overhead charges.

I would like this matter investigated based on discriminatory actions and actions that caused harm to my career. The resulting harm is lack of promotion and lack of career opportunities. As well as, stress resulting from a hostile work environment.

2

EEOC Form 5 (11/09)   CONFIDENTIAL   CHEEKS01633

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA <br> [X] EEOC | 540-2011-01169 |

**Arizona Attorney General's Office, Civil Rights Division** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Loretta H. Cheeks | (623) 298-5003 | 01-08-1966 |

Street Address: 30634 N. 129th Avenue, Peoria, AZ 85383

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| GENERAL DYNAMICS C4 SYSTEMS | 500 or More | (480) 441-3000 |

Street Address: 8201 E McDowell Road, Scottsdale, AZ 85257

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 01-11-2011
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

In 2004, I was dismissed as a Project Lead on Rescue 21. Subsequently, I filed a grievance alleging race and sex discrimination. Since then, I have requested but have been denied customer funded program assignments. On or about January 11, 2011, I was placed on a Performance Improvement Plan. I have been told that the above-named employer is no place for PhD's despite PhD's being recently placed on customer funded programs.

I believe I have been discriminated against because of my race, Black, and sex, female, and retaliated against n violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Feb 03, 2011 — Charging Party Signature: *Loretta H. Cheeks*

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

2011 FEB -3 PM — RECEIVED